Kristin A. Schuler-Hintz, Esq. SBN 7171
Michael Chen, Esq. SBN 7307
**McCarthy & Holthus, LLP**
9510 West Sahara Avenue, Suite 200
Las Vegas, NV 89117
Phone (877) 369-6122
Fax (866) 339-5691

Attorneys for U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust, its assignees and/or successors, by and through its servicing agent Caliber Home Loans, Inc.

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re: | ) Case No. 11-20851-mkn |
| | ) |
| Tachara Hughes, | ) Chapter 13 |
| | ) |
| Debtor. | ) **UNCONDITIONAL TRANSFER OF** |
| | ) **CLAIM AFTER PROOF OF CLAIM** |
| | ) **FILED 08/26/2014 WITH PROOF OF** |
| | ) **SERVICE** |
| | ) |
| | ) |
| | ) No Hearing Required |
| | ) |

1

Transfer of Claim
File No. NV-14-105287/ Case No. 11-20851-mkn

1  To: Clerk of the U.S. Bankruptcy Court; Debtor, Tachara Hughes ;  Debtors' Attorney, Randolph
2  Goldberg;  Office of the United States Trustee;  and all parties in interest.
3      1.    A proof of claim was originally filed in the above-entitled case on behalf of the
4  creditor, U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust as Claim
5  Number 7-2 on 08/26/2014 in the amount of 188,662.14.
6      2.    I am the lawful agent for U.S. Bank Trust, N.A., as Trustee for LSF9 Master
7  Participation Trust, its assignees and/or successors, by and through its servicing agent Caliber
8  Home Loans, Inc., its assignees and/or successors, and its servicing agent Caliber Home Loans,
9  Inc. and am duly authorized to execute this document.
10     3.    For valuable consideration, the proof of claim is hereby assigned, transferred, and
11 set over to U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust, its assignees
12 and/or successors, by and through its servicing agent Caliber Home Loans, Inc., whose address is
13 as follows:

> Caliber Home Loans, Inc.
> 16745 West Bernardo Drive
> Suite 300
> San Diego, CA 92127

17     4.    Any checks and/or information respecting this claim shall be served to U.S. Bank
18 Trust, N.A., as Trustee for LSF9 Master Participation Trust, its assignees and/or successors, by
19 and through its servicing agent Caliber Home Loans, Inc..
20     5.    The Transferor specifically waives any right to further notice of any
21 matter in connection with the Claim.
22     6.    U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust, its
23 assignees and/or successors, by and through its servicing agent Caliber Home Loans, Inc.
24 understands that pursuant to 18 U.S.C. §§ 152 & 3571, a fine of not more than $500,000.00, or
25 imprisonment of not more than five years, or both, is the penalty for any knowingly and
26 fraudulently made false statements in this document.

Dated:  9/29/2014                                              McCarthy & Holthus, LLP

1
2
3
4
5

By:   /s/  Michael Chen, Esq.
Kristin A. Schuler-Hintz, Esq. SBN 7171
Michael Chen, Esq. SBN 7307
Attorney for U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust, its assignees and/or successors, by and through its servicing agent Caliber Home Loans, Inc.

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29