**This form is intentionally blank.**

**The notice is scheduled to be processed by the Bankruptcy Noticing Center (BNC).**

**Refer to the BNC Certificate of Notice entry to view the actual form.**

Case 11-20851-mkn    Doc 76-2    Entered 09/30/14 09:33:43    Page 1 of 1